**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| **In re: Rickey Gene Young** | **CASE NO. 16-60353** |
| **Debtor** | **CHAPTER 13** |

## ORDER DISMISSING CASE WITH RESTRICTIONS

This case was filed by the Debtor appearing *pro se* on February 26, 2016 as a Chapter 7 proceeding.  The Debtor has filed five previous cases in this Court.  Case No. 01-00290 was filed as a Chapter 13 proceeding January 29, 2001, and voluntarily dismissed May 3, 2001.  Case No. 01-01947 was filed as a Chapter 13 proceeding May 29, 2001, and voluntarily dismissed August 3, 2001.  Case No. 01-03040 was filed as a Chapter 13 proceeding on August 22, 2001 and dismissed on a Trustee's motion to dismiss January 10, 2002.  Case No. 02-02422 was filed as a Chapter 13 proceeding on June 17, 2002 and voluntarily dismissed July 9, 2002.  Case No. 03-02932 was filed as a Chapter 13 proceeding on July 16, 2003 and voluntarily dismissed August 27, 2003.

In addition, the Debtor has filed the following cases appearing *pro se* in the United States Bankruptcy Court for Western District of Tennessee: Case No. 13-10532 was filed as a Chapter 13 proceeding March 5, 2013, and dismissed on a trustee's motion to dismiss April 16, 2013.  Case No. 14-10528 was filed as a Chapter 13 proceeding March 4, 2014, and dismissed on a trustee's motion to dismiss April 18, 2014.  Case No. 14-12395 was filed as a Chapter 13 proceeding September 12, 2014, and dismissed on a trustee's motion to dismiss October 28, 2014, with prejudice to refiling for a period of 180 days in that Court.

In the current case, the Debtor failed to pay the administrative notice fee required upon filing this case, and a deficiency order was entered requiring the Debtor to pay the foregoing fee

by March 14, 2016, or the case would be dismissed   The required fee was not paid.  In addition,

although the Debtor has asked for additional time to cure other filing deficiencies, the Court sees

no reason to further perpetuate this case given the Debtor's past history in this Court and the

Western District of Tennessee, where the Debtor has exhibited a pattern of continually failing to

pursue his cases and meet the requirements of the Court.

The Court finds that sufficient grounds exist to dismiss this case with a bar to refiling in

this Court for a period of 180 days, including delay prejudicial to creditors and willful failure to

abide by orders of this Court.

Accordingly, for good cause shown, it is

O R D E R E D

that this case and all related <u>pending</u> motions and adversary proceedings arising therein, unless

on appeal, are hereby **DISMISSED.  Pursuant to 11 U.S.C. § 349, it is further**

O R D E R E D

that **Rickey Gene Young is hereby prohibited from filing a new petition in this Court under
any Chapter for a period of 180 days from the date of this Order**.  It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without

further order.  The trustee's bond shall be released and the trustee discharged from further

liability herein unless proper objection is made to said final report within thirty (30) days after

filing of same or such extended time as may be granted upon proper application made within said

thirty (30) day period.  <u>If the Discharge Order has been issued, the same is rescinded.</u>

3

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s),

trustee, if applicable, U.S. Trustee, and all parties on the current mailing matrix, and the Clerk of

the United States Bankruptcy Court for the Western District of Tennessee.

**ENTER this 15th day of March, 2016.**

UNITED STATES BANKRUPTCY JUDGE